**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 09-6026**

─────────────

BEAUTANOUS COOR,

                    Petitioner - Appellant,

          v.

PATRICIA R. STANSBERRY,

                    Respondent - Appellee.

─────────────

**No. 09-6214**

─────────────

BEAUTANOUS COOR,

                    Petitioner - Appellant,

          v.

PATRICIA R. STANSBERRY, Warden,

                    Respondent - Appellee.

─────────────

Appeals from the United States District Court for the Eastern
District of Virginia, at Richmond.  Robert E. Payne, Senior
District Judge.  (3:08-cv-00061-REP)

─────────────

Submitted:  June 22, 2009          Decided:  June 29, 2009

─────────────

Before MICHAEL, TRAXLER, and SHEDD, Circuit Judges.

─────────────

No. 09-6026 dismissed; No. 09-6214 affirmed by unpublished per curiam opinion.

————————————

Beautanous Coor, Appellant Pro Se. Robin Elaine Perrin, Assistant United States Attorney, Richmond, Virginia, for Appellee.

————————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Beautanous Coor, a federal prisoner, seeks to appeal the magistrate judge's order denying his motions for leave to proceed in forma pauperis and for appointment of counsel (No. 09-6026), and appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2006) petition (No. 09-6214).

This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Coor seeks to appeal in No. 09-6026 is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss appeal No. 09-6026 for lack of jurisdiction. Coor v. Stansberry, No. 3:08-cv-00061-REP (E.D. Va. filed Dec. 12, 2008, entered Dec. 13, 2008).

We affirm No. 09-6214 for the reasons stated by the district court, having reviewed the record and found no reversible error. Coor v. Stansberry, No. 3:08-cv-00061-REP (E.D. Va. filed Dec. 31, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

No. 09-6026 DISMISSED
No. 09-6214 AFFIRMED

3